```
 1 | PERRY & SHAPIRO, L.L.P.
   | 3300 N. Central Avenue, #2200
 2 | Phoenix, Arizona 85012
   | (602) 222-5711
 3 | (602) 222-5701 Facsimile
   | (847) 627-8802 Facsimile
 4 | AZNotices@logs.com, e-mail
   | Christopher R. Perry, Bar #009801
 5 | Jason P. Sherman, Bar #019999
   | Attorney for Chase Home Finance LLC
 6 | [FILE 09-010702 CHE]
```

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: February 10, 2010**



_Smh/Mauley_
SARAH S. CURLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

```
 9 | In re:                              | Case # 2:09-bk-02696-SSC
10 | MARTY R. COMO AND ROSEMARY          | Chapter 13 Proceedings
    | COMO,
11 |              Debtor.
12 | Chase Home Finance LLC, its         | ORDER LIFTING
    | assignees and / or successors      | THE AUTOMATIC STAY
13 | in interest,
    |              Movant,               | Re: Real Property located at
14 | v.                                  |    26196 West Burnett Road
15 | MARTY R. COMO AND ROSEMARY          |        Buckeye, AZ 85396
    | COMO, Debtor, and Chapter 13
16 | Trustee Russell Brown,
    |              Respondents.
```

17  The court finds that a Motion for Relief From the Automatic

18  Stay and a Notice of Filing of the Motion have been filed with

19  the Court and served upon interested parties in the above

20  captioned matter by Chase Home Finance LLC, ("CHASE"), and that

21  good cause exists to grant the Motion for Relief;

22  **THEREFORE, IT IS ORDERED:**

23  1. CHASE, its assignees or successors-in-interest, is hereby

24  granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 26196 West Burnett Road, Buckeye, AZ 85396 and legally described as:

> LOT 387, OF FESTIVAL FOOTHILLS - PHASE I. ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 879 OF MAPS, PAGE 40 AND AFFIDAVIT(S) OF CORRECTION RECORDED AS 2006-1613076 OF OFFICIAL RECORDS AND AS 2007-0352592 OF OFFICIAL RECORDS. EXCEPT ALL MINERALS, OIL, GAS AND GEOTHERMAL RESOURCES AS RESERVED BY THE UNITED STATES OF AMERICA IN PATENT TO SAID LAND RECORDED AS 85-411086 OF OFFICIAL RECORDS.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge